# Third District Court of Appeal

## State of Florida

Opinion filed July 2, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0896
Lower Tribunal No. F09-2913
_____

**David Spikes,**

Appellant,

vs.

**The State of Florida,**

Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, William Altfield, Judge.

David Spikes, in proper person.

James Uthmeier, Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Wainwright v. State</u>, No. SC2025-0708, 2025 WL 1561151 (Fla. June 3, 2025), <u>cert. denied sub nom.,</u> <u>Wainwright v. Florida</u>, No. 24-7365, 2025 WL 1621505 (U.S. June 9, 2025); <u>Arias v. State</u> No. 3D25-0297, 2025 WL 1699998 (Fla. 3d DCA June 18, 2025); <u>Del Sol v. State</u>, No. 3D25-0654, 2025 WL 1699974 (Fla. 3d DCA June 18, 2025); and <u>Acosta v. State,</u> No. 3D24-2218, 2025 WL 1699892 (Fla. 3d DCA June 18, 2025).